GEDNEY PICKLE COMPANY v. SLOAN, JOHNSON & COMPANY.

FILED NOVEMBER 18, 1896. No. 6417.

Attachment: HUSBAND AND WIFE: GIFTS: RIGHTS OF MARRIED WOMEN.

ERROR from the district court of Douglas county. Tried below before SCOTT, J.

*Saunders, Macfarland & Dickey*, for plaintiff in error.

*Breckenridge & Breckenridge, contra.*

HARRISON, J.

This is a companion case and submitted with that of *Dayton Spice-Mills Co. v. Sloan*, 49 Neb., 622, under an agreement that the decision in the last mentioned case should govern the determination of this. The decision of the lower court is therefore

AFFIRMED.